**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1873-REB-OES

LEONARD A. TRUJILLO,

    Plaintiff,

v.

GARY M. HISE,
N. IKEDA,
D. WATSON,
L. GRAHAM,
B. TOMPKINS,
D. KNOTH,
M. CHUCK,
K. MATENS,
M. WALKER,
K. DAMRELL,
K. CARLETON,
M. MEYERS,
A. MARTINELLI,
M. HUBERT,
RUDOLPH SANDOVAL, in this individual capacities;
UNKNOWN JOHN DOE SUPERVISOR I-IV of the Denver Police Department,
UNKNOWN JOHN DOE TRAINING PERSONNEL I-IV of the Denver Police Department,
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado, and
THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

**ORDER OF DISMISSAL
OF CERTAIN DEFENDANTS**

**Blackburn, J.**

    The parties have filed a **Stipulation of Dismissal With Prejudice of Plaintiff's Claims Against Defendant Officers Ikeda, Watson, Graham, Tompkins, Knoth, Chuck, Matens, Walker, Damrell, Carleton, Meyers, Martinelli, and Hubert** [#34] on August 9, 2005. After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and plaintiff's claims against defendants Ikeda, Watson, Graham, Tompkins, Knoth, Chuck, Matens, Walker, Damrell, Carleton, Meyers, Martinelli, and Hubert should be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice of Plaintiff's Claims Against Defendant Officers Ikeda, Watson, Graham, Tompkins, Knoth, Chuck, Matens, Walker, Damrell, Carleton, Meyers, Martinelli, and Hubert** [#34], filed on August 9, 2005, is **APPROVED**;

2. That plaintiff's claims against defendants Ikeda, Watson, Graham, Tompkins, Knoth, Chuck, Matens, Walker, Damrell, Carleton, Meyers, Martinelli, and Hubert are **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs;

3. That the trial preparation conference set for June 23, 2006, and the jury trial set to commence on June 26, 2006, is **VACATED** for defendants Ikeda, Watson, Graham, Tompkins, Knoth, Chuck, Matens, Walker, Damrell, Carleton, Meyers, Martinelli, and Hubert; and

4. That defendants Ikeda, Watson, Graham, Tompkins, Knoth, Chuck, Matens, Walker, Damrell, Carleton, Meyers, Martinelli, and Hubert are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated this 9th day of August, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge