IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01873-REB-OES

LEONARD A. TRUJILLO,

Plaintiff(s),

vs.

GARY M. HISE, et al.,

Defendant(s).

## ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 12, 2005

      Plaintiff shall have to and including August 29, 2005, to file a response to Defendants' Motion for Contempt Order against Lus Hortencia, Cera Flores, Mireya Zepeda, Omar Zepeda, Jorge Gonzales, and Daniel Gonzales for Failure to Attend and Testify at Deposition [Doc. #36, filed 8/12/05].