IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01873-REB-OES

LEONARD A. TRUJILLO,

Plaintiff(s),

vs.

GARY M. HISE, et al.,

Defendant(s).

## ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 18, 2005

      The Unopposed Motion to Modify the Scheduling Order to Extend Time for Plaintiff to Depose the City and County of Denver Pursuant to Fed.R.Civ.P. 30(b)(6) is GRANTED to and including September 14, 2005.