**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1873-REB-OES

LEONARD A. TRUJILLO,

     Plaintiff,

v.

GARY M. HISE,
RUDOLPH SANDOVAL, in their individual capacities,
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado, and
CITY AND COUNTY OF DENVER, COLORADO,

     Defendants.

---

**ORDER OF DISMISSAL AS TO
DEFENDANT RUDOLPH SANDOVAL**

---

**Blackburn, J.**

The parties have filed a **Stipulation of Dismissal With Prejudice of Plaintiff's
Claims Against Defendant Rudolph Sandoval** [#46] on September 8, 2005.  After
careful review of the stipulation and the file, the court has concluded that the stipulation
should be approved and plaintiff's claim against defendant Rudolph Sandoval should be
dismissed with prejudice.

     **THEREFORE IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal With Prejudice of Plaintiff's Claims
Against Defendant Rudolph Sandoval** [#46] on September 8, 2005, is **APPROVED**;

     2.  That plaintiff's claim against defendant Rudolph Sandoval is **DISMISSED WITH
PREJUDICE**, each party to pay their own attorney fees and costs;

3.   That the trial preparation conference set for June 23, 2006, and the jury trial set to commence June 26, 2006, is **VACATED** for this defendant only; and

4.   That defendant Rudolph Sandoval is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated this 9th day of September, 2005.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge