# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv-1873-REB-OES

LEONARD A. TRUJILLO,

    Plaintiff,

v.

GARY M. HISE,
UNKNOWN JOHN DOES SUPERVISORS I-IV of the Denver Police Department,
UNKNOWN JOHN DOE TRAINING PERSONNEL I-IV of the Denver Police Department,
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado, and
CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

---

## MINUTE ORDER

---

    The Joint Motion to Set Briefing Schedule [#51], filed September 14, 2005, is DENIED without prejudice for failure to comply with Electronic Case Filing Procedures V.L.1(a) and 2(a) (b).

Dated:  September 15, 2005
-----------------------------------------------------------------------------------------------------------