**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No.  04-cv-1873-REB-OES

LEONARD A. TRUJILLO,

       Plaintiff,

v.

GARY M. HISE,
UNKNOWN JOHN DOE SUPERVISORS I-IV of the Denver Police Department;
UNKNOWN JOHN DOE TRAINING PERSONNEL I-IV of the Denver Police Department;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

       Defendants.

_____

**ORDER GRANTING
JOINT MOTION TO SET BRIEFING SCHEDULE**
_____

       This Court, having reviewed the JOINT MOTION TO SET BRIEFING SCHEDULE, filed by the parties hereto, and being otherwise fully advised in the premises, FINDS that said motion should be GRANTED.

       IT IS THEREFORE ORDERED that the following deadlines are now imposed by this Court:

A.     Defendants' Motion for a Hearing to Exclude Testimony of Plaintiff's Expert Witnesses:

          1.     September 30, 2005 - Plaintiff's deadline to file his response;

      2.    October 17, 2005 - Defendants' deadline for reply to the plaintiff's response.

B.    Defendants' forthcoming motion(s) for summary judgement:

      1.    September 20, 2005 - Deadline for defendants to file their motions and supporting memoranda;

      2.    October 17, 2005 - Plaintiff's deadline to respond to the defendants' motions and supporting memoranda; and

      3.    November 1, 2005: Defendants' deadline to file their replies to the plaintiff's responses.

Dated this 16th day of September, 2005.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Court