**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No.  04-cv-1873-REB-OES

LEONARD A. TRUJILLO,

       Plaintiff,

v.

GARY M. HISE,
UNKNOWN JOHN DOE SUPERVISORS I-IV of the Denver Police Department;
UNKNOWN JOHN DOE TRAINING PERSONNEL I-IV of the Denver Police Department;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

       Defendants.

_____

### MINUTE ORDER
_____

       Defendants' Unopposed Motion for Leave to Exceed the Twenty Page Limit for "Defendants' Motion and Opening Brief for Summary Judgment" [#56], filed on September 16, 2005, is DENIED.

Dated:  September 16, 2005
-----------------------------------------------------------------------------------------------------------------