**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No.  04-cv-1873-REB-OES

LEONARD A. TRUJILLO,

       Plaintiff,

v.

GARY M. HISE,
UNKNOWN JOHN DOE SUPERVISORS I-IV of the Denver Police Department;
UNKNOWN JOHN DOE TRAINING PERSONNEL I-IV of the Denver Police Department;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

       Defendants.

_____

MINUTE ORDER
_____

       Defendants' Motion to Reconsider This Court's Denial of the Defendants' Unopposed Motion to Exceed the Twenty Page Limit for "Defendants' Motion and Opening Brief for Summary Judgment" [#58], filed on September 20, 2005, is GRANTED and Defendants' Motion for Summary Judgment [#59] and Defendants' Brief in Support of Motion for Summary Judgment [#60] are accepted for filing.

Dated:  September 21, 2005
-----------------------------------------------------------------------------------------------------------