**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No.  04-cv-1873-REB-OES

LEONARD A. TRUJILLO,

      Plaintiff,

v.

GARY M. HISE,
UNKNOWN JOHN DOE SUPERVISORS I-IV of the Denver Police Department;
UNKNOWN JOHN DOE TRAINING PERSONNEL I-IV of the Denver Police Department;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado; and the CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

_____

### MINUTE ORDER
_____

      Plaintiff's Unopposed Motion to Correct Plaintiff's Response to Defendants' Motion for a Hearing to Exclude Testimony of Plaintiff's Expert Witnesses [#64], filed on October 10, 2005, is GRANTED and Plaintiff's Response to Defendants' Motion for Hearing to Exclude Testimony of Plaintiff's Expert Witnesses [#62], filed on September 30, 2005, is corrected as follows: (1) the citation on page 10, line 14, of Plaintiff's Response to Defendants' Motion for a Hearing to Exclude Testimony of Plaintiff's Expert Witnesses is deemed to be "Plaintiff's Exhibit 7, p. 28:4-6" rather than "Plaintiff's Exhibit 7, pp. 4-6"; and (2) Plaintiff's Exhibit 7c is added as an exhibit to Plaintiff's response.

      IT IS FURTHER ORDERED that plaintiff's counsel shall submit a proposed order, as directed in the court's Electronic Case Filing Procedures, effective June 20, 2005, V.L.2.a.b., with any future filings with this court.

Dated:  October 11, 2005
------------------------------------------------------------------------------------------------------------------