**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No. 04-cv-1873-REB-OES

LEONARD A. TRUJILLO,

      Plaintiff,

v.

GARY M. HISE,
UNKNOWN JOHN DOE SUPERVISORS I-IV of the Denver Police Department;
UNKNOWN JOHN DOE TRAINING PERSONNEL I-IV of the Denver Police Department;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

## ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

**Blackburn, J.**

      The matter before me is Defendant's [*sic*] Motion to Reconsider Court's Decision Granting Plaintiff's Motion for Brief Extension of Time to Respond to Defendant's [*sic*] Motion for Summary Judgment [#72], filed October 19, 2005. I deny the motion. Although I do not intend to condone the practice of affixing opposing counsel's signature to electronically filed documents when authorization to do so has not been obtained,[1] I did not grant plaintiff's motion for an extension of time on the basis that I believed it to have been unopposed. Rather, I granted the motion because plaintiff's

---

[1] Counsel for plaintiff is strongly admonished that any further unauthorized filings of this nature, even if unintentional, will not be tolerated, and counsel will be ordered to show cause why sanctions should not be imposed against him personally.

brief as filed exceeded the page limits established by my Civil Practice Standards,[2] and he presented no valid reason requiring additional pages. When a party files a brief that exceeds the page limitations, it is my custom and practice to grant the party a brief extension of time in which to refile. Because plaintiff's requested extension was even briefer than I permit typically, I granted the motion.

**THEREFORE, IT IS ORDERED** that Defendant's [*sic*] Motion to Reconsider Court's Decision Granting Plaintiff's Motion for Brief Extension of Time to Respond to Defendant's [*sic*] Motion for Summary Judgment [#72], filed October 19, 2005, is **DENIED**.

Dated October 19, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

---

[2] *See* **REB Civ. Practice Standard V.A.1.**