**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No.  04-cv-01873-REB-OES

LEONARD A. TRUJILLO,

       Plaintiff,

v.

GARY M. HISE,
UNKNOWN JOHN DOE SUPERVISORS I-IV of the Denver Police Department;
UNKNOWN JOHN DOE TRAINING PERSONNEL I-IV of the Denver Police Department;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

       Defendants.

_____

**MINUTE ORDER**[1]
_____

       Defendants' Motion for Certification for Its Bill of Costs Pursuant to Federal Rules of Civil Procedure Rule 54 [#88], and Order re: Defendants' Motion for Certification for its Bill of Costs Pursuant to Federal Rules of Civil Procedure Rule 54 [#89], both filed January 25, 2006, are STRICKEN for failure to use the correct filing events.  If counsel needs assistance, he may call the help desk at (303) 335-2050.

       In addition, defendants' proposed order wrongly references a motion for attorney's fees and costs.  Defendants have filed a Bill of Costs [#84, filed January 13, 2006], which will be resolved by the Clerk of the Court, not a motion to be resolved by this court.  On re-filing, defendants should correct this error.

Dated:  January 25, 2006

------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge, District of Colorado.