**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.   04-cv-01873-REB-MEH

LEONARD A. TRUJILLO,

    Plaintiff,

v.

GARY M. HISE, in his individual capacity;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

**ORDER DENYING DEFENDANTS' UNOPPOSED MOTION FOR
RECONSIDERATION OF ORDER (DOC. 82) DENYING
UNOPPOSED MOTION FOR RULE 54(B) CERTIFICATION**

**Blackburn, J.**

The matter before is plaintiff's **Unopposed Motion for Reconsideration of Order (Doc. 82) Denying Unopposed Motion for Rule 54(b) Certification** [#104], filed February 16, 2006.  I deny the motion.

The motion to reconsider questions my order denying defendants' motion to certify pursuant to Fed.R.Civ.P. 54(b) my order granting summary judgment as to plaintiff's federal claims.  I found that the order was not interlocutory and, therefore, certification under Rule 54(b) was not required.  The motion for reconsideration, by contrast, relies on Fed.R.Civ.P. 58(a) and case law interpreting that rule.  Nowhere in

the original motion was this issue addressed.[1]  A motion to reconsider is not the proper vehicle for advancing issues that could have been, but were not, raised previously:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice.  Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law.  It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

*Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted); *see also All West Pet Supply Co. v. Hills' Pet Products Division, Colgate-Palmolive Co.*, 847 F.Supp. 858, 860 (D. Kan. 1994) ("'[A] party's failure to present his strongest case in the first instance does not entitle him to a second chance in the form of a motion to amend.'") (citation omitted).

**THEREFORE, IT IS ORDERED** that plaintiff's **Unopposed Motion for Reconsideration of Order (Doc. 82) Denying Unopposed Motion for Rule 54(b) Certification** [#104], filed February 16, 2006, is **DENIED**.

Dated February 22, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1] It does appear that, due to clerical oversight, a separate judgment was not entered by the Clerk of the Court on plaintiff's federal claims.  I have issued a separate order this same day directing that this omission be rectified.