**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.   04-cv-01873-REB-MEH

LEONARD A. TRUJILLO,

      Plaintiff,

v.

GARY M. HISE, in his individual capacity;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

## ORDER DIRECTING ENTRY OF JUDGMENT

**Blackburn, J.**

On November 4, 2005, I entered an order granting defendants' motion for summary judgment as to plaintiff's federal claims and remanding the remaining state law claims. (*See* Order Re: Defendants' Motion for Summary Judgment [#77], filed November 4, 2005.)  Although plaintiff's federal claims were dismissed with prejudice, it appears that judgment has not yet been entered on those claims.

**THEREFORE, IT IS ORDERED** that judgment **SHALL ENTER** on behalf of defendants and against plaintiff as to plaintiff's Fourth, Fifth, Sixth, and Seventh Claims for Relief.

Dated February 22, 2006, at Denver, Colorado.

                          **BY THE COURT:**

                          **s/ Robert E. Blackburn**
                          **Robert E. Blackburn
United States District Judge**