**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.   04-cv-01873-REB-MEH

LEONARD A. TRUJILLO,

    Plaintiff,

v.

GARY M. HISE, in his individual capacity;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

**ORDER DENYING PLAINTIFF'S MOTION FOR REVIEW
OF TAXING OF DEFENDANTS' BILL OF COSTS
(DOCS. 84 AND 98)**

**Blackburn, J.**

The matter before me is **Plaintiff's Motion for Review of Taxing of Defendants' Bill of Costs (Doc. 84 and 98)** [#103], filed February 16, 2006.  I deny the motion.

The motion is premised entirely on plaintiff's contention that defendants' bill of costs was untimely filed.  Defendants filed a bill of costs on January 13, 2006. Pursuant to D.C.Colo.LCivR. 54.1, a bill of costs must be filed "within 10 days after entry of the judgment or final order."  Although I granted defendants' motion for summary judgment on November 4, 2005, due to clerical oversight, judgment was not entered formally until February 23, 2006.  Defendants' cost bill therefore is not untimely.

**THEREFORE, IT IS ORDERED** that **Plaintiff's Motion for Review of Taxing of Defendants' Bill of Costs (Doc. 84 and 98)** [#103], filed February 16, 2006, is

**DENIED**.

Dated March 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**