**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-01873-REB-OES

LEONARD A. TRUJILLO,

    Plaintiff(s),

v.

GARY M. HISE, in his individual capacity;
GERALD WHITMAN, Chief of Police of the City and County of Denver, Colorado;
and the CITY AND COUNTY OF DENVER, COLORADO,

    Defendant(s).

## ORDER

UPON the Defendants' Withdrawal of Motion for Attorney's Fees and Costs.

IT IS ORDERED that the Defendants' Withdrawal is GRANTED

Ordered this 30th day of March, 2006.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**